UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRES ORTIZ-VALENCIA,

Plaintiff,

v.

USCIS, et al.,

Defendants.

Case No. 26-cv-02602-KAW

ORDER TO SHOW CAUSE

This action was filed on March 25, 2026. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that June 23, 2026 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed. It also appears that Plaintiff has not sought a summons in this case.

IT IS HEREBY ORDERED that by no later than **September 3, 2026**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: August 20, 2026

KANDIS A. WESTMORE
United States Magistrate Judge