UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRES ORTIZ-VALENCIA,
Plaintiff,
v.
USCIS, et al.,
Defendants.

Case No. 26-cv-02602-KAW

**SECOND ORDER TO SHOW CAUSE**

Re: Dkt. No. 4

This action was filed on March 25, 2026. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that June 23, 2026 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed. It also appears that Plaintiff has not sought a summons in this case.

On August 20, 2026, the Court ordered Plaintiff to show cause, by September 3, 2026, why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendants or to file a Motion for Administrative Relief. (Dkt. No. 4.)

To date, no response has been received. Accordingly, the Court ORDERS Plaintiff to show cause, by **September 24, 2026**, why this case should not be dismissed for failure to complete service and/or for failure to prosecute. Failure to respond **will** result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed.

IT IS SO ORDERED.

Dated: September 9, 2026

Kandis Westmore

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California